**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-6999**

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

     v.

ARTHUR OUTLAW, a/k/a Ace, a/k/a Aceyon Rogers,

             Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Danville.   Jackson L. Kiser, Senior District Judge.  (4:00-cr-70114-JLK-RSB-1)

Submitted: September 26, 2013      Decided: September 30, 2013

Before SHEDD, DUNCAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Arthur Alan Outlaw, Appellant Pro Se.   Donald Ray Wolthuis, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Arthur Alan Outlaw appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.[*] United States v. Outlaw, No. 4:00-cr-70114-JLK-RSB-1 (W.D. Va. June 10, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] We further note that 18 U.S.C. § 3582(c)(2) is not the appropriate mechanism to assert the retroactive application of Alleyne v. United States, 133 S. Ct. 2151 (2013).